**Opinion issued March 26, 2024**



In The

# Court of Appeals

### For The

## First District of Texas

———————————

### NO. 01-24-00041-CV

———————————

### MILLIE RUCHTI, Appellant

### V.

### ROSS RUCHTI, Appellee

———————————

### On Appeal from the 428th District Court
### Hays County, Texas
### Trial Court Case No. 11-1126

———————————

### MEMORANDUM OPINION

Appellant Millie Ruchti has filed a motion to dismiss her appeal because she no longer wishes to pursue her claim.[1] The motion contained no certificate of

---

[1] The Texas Supreme Court transferred this appeal from the Court of Appeals for the Third District of Texas to this Court pursuant to its docket equalization powers. *See* TEX. GOV'T CODE § 73.001 ("The supreme court may order cases transferred from one court of

conference. The Court held this motion for ten days to permit appellee the opportunity to oppose it but no response was filed.

Accordingly, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a), 43.2(f). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

---

appeals to another at any time that, in the opinion of the supreme court, there is good cause for the transfer."). We are unaware of any conflict between the precedent of the Third Court of Appeals and that of this Court on any relevant issue. *See* TEX. R. APP. P. 41.3.